**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 4:15-CV-328 KGB-JTK

Jury Trial: ☑ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Timothy Ryan Booher
ADC # N/A

Address: [redacted]

Name of plaintiff: "
ADC # 

Address: Stone Co. Jail P.O Box 1317 Mtn View, AR 72660

Name of plaintiff: Can I get another copy sent to
ADC # 

Address: 3161 Hwy 110 Clinton AR 72031

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: J. Doss   ARRESTING OFFICER

Position: OFFICER

Place of employment: MTN. VIEW POLICE DEPT

Address: Mtn VIEW AR 72650

Name of defendant: Sherriff LANCE BONDS

Position: SHERRIFF STONE CO. AR

This case assigned to District Judge _____
and to Magistrate _____

-4-

Place of employment: Stone Co, Arkansas

Address: P.O Box 1317 Mtn View AR 72650

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: N/A

Defendants: N/A

-5-

☐ Court (if federal court, name the district; if state court, name the county):

_N/A_

☐ Docket Number: _N/A_

☐ Name of judge to whom case was assigned: _N/A_

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

☐ Approximate date of filing lawsuit: _N/A_

☐ Approximate date of disposition: _N/A_

IV. Place of present confinement: _Stone County Detention Center_

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

____ in jail and still awaiting trial on pending criminal charges

____ serving a sentence as a result of a judgment of conviction

_✓_ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _False Imprisonment_

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _✓_  No ____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

-6-

Yes ✓    No ____

If not, why? _____

_____

VII.   Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was arrested by officer Doss in Nodenson. He handcuffed me and placed me in his car. He began to search my car. I had a chainsaw and car battery in my car. He came to the window of his police car and ask me if the saw and battery were stolen. I answered him "NO" he then returned and questioned me about why the serial numbers didn't come back on the saw. I told him I didn't know. He again went back to searching my car and returned asking about items in my car and if I wanted to talk to him about anything in my car. He asked me several incriminating questions without telling me my MIRANDA RIGHTS, I ask to speak with Sheriff Bonds about this matter but he told me there was nothing he could do about it. but I still to this DAY HAVE <u>NOT</u> <u>HEARD</u> my MIRANDA RIGHTS. -7-> BACK

I was also incarsurated in March for failure to appear bc I was seen for kidney stones in the Ozark Health E.R. on my court date. I sent a copy of my release papers to the Stone Co. Clerks office. The said they would set me a new court date. I never received notice because the court sent my court date to the Van Buren County Dention Center because they seen that my nephew Brian Booher was incarsurated there and by time the Received the mailed letter back from V.B.C. saying they made a mistake because I wasnt even incarsurated there. My court date had passed and they put out a warrant for me and I was arrested and spent 3 weeks before seeing a judge to explain that I was arrested on the warrant due to the lack of attention that was paid and them sending my paperwork to the wrong place Because It was sent B/c they seen the Booher last name and didnt look at the first name.

On May 26th Sarah Rodgens admited to guilt to my charges and the Stone Co. Judge is trying to hold me until July 24th for pre trial on charges that she admited to and told the prosecutins attorney It was all hers and not mine. This county's Judical system is corrupt and the prosecuter, Judge, and public Defender are all money hungry and are holding people like me just to make money for personal finacial gain

VIII. Relief

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments.  Cite no cases or statutes.

I would like to recieve Restistution for Lost Time and wages. I would like for you to Investigate the Stone Co. Judical system

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 25th day of may, 20 15.

_____

_____
Signature(s) of plaintiff(s)

I would also like for the Attorney General to investigate Judge John Dan Kemp, Joshua R. Collums "P.A" and Tammy Harris for funding when it come to legal circumstances in the 16th Judical system. Mrs Harris seems to to be working with the other two instead of defending her clients properly as a public defender. Some inmates have been here almost a year without her working on there cases and they seem to try and send everyone of her clients to prison instead of caring about her clients she seems to care more about her personal financial gain by working with the prosecuters. Prisons are already over crowded and these 3 seem to be a large part of the over population due to the unjustifiable actions

## STONE COUNTY DETENTION CENTER

Inmate Grievance / Special Request Form

Date: 05/06/15     Inmate Name: Timothy Booher     Cell # ___

Incident/Request
Information: I am suposed to have a follow up meeting with Lance Bonds about my case and I was suppsed to have an Dr appointment set for yesterday also

_____
Inmate Signature

*********************************************************************
STAFF USE ONLY

Date Received: 05/07/15     Received By: K. Bryant

Action Required: _____

Action Authorized by: B Branson     Date: 05-07-15

Additional Remarks: Will advise Sheriff Bonds when he is available to speak with you and your apt is today 5-7-15 we will advise you for Transport

Inmate

# STONE COUNTY DETENTION CENTER

Inmate Grievance / Special Request Form

Date: 05/14/15   Inmate Name: Timothy Busher   Cell # ___

Incident/Request Information: I am still needing to talk to Lance Bonds or Wayne Pierce about activities going on in my case. I have been wanting over a week to speak to sheriff Bonds and have filed request to speak to him everyday

_____
Inmate Signature

*************************************************************************

STAFF USE ONLY

Date Received: 5/14/15   Received By: K. Bmnt

Action Required: _____

Action Authorized by: B Braun   Date: 05-15-15

Additional Remarks: As before when sheriff Bonds has time and is available to speak with you he will. You spoke to Chief Deputy Pierce already. The Judge is the one who is able to do anything, he ordered you here not Sheriff or Chief Deputy.

# STONE COUNTY DETENTION CENTER

## Inmate Grievance / Special Request Form

Date: 05/01/15   Inmate Name: Timothy Bosher   Cell # 32

Incident/Request Information: I would like to speak to administration Immediatly about me being here on the grounds of false imprisonment on the grounds of being ask incemating questions by arresting officer with out reading my miranda rights. I expect immediate Response as I am filling out a 1983 form also. I have been Incessorated the total of 26 days so far and have 25 more till trial I

_____
Inmate Signature

*************************************************************

**STAFF USE ONLY**

Date Received: 05-03-15   Received By: Beth Brown

Action Required: _____

Action Authorized by: B.Brown   Date: 05-04-15

Additional Remarks: You were taken to Lance's office & he spoke to you and explained about the Judge Revoked your Bond and you will have to stay until your hearing.

Inmate copy

## STONE COUNTY DETENTION CENTER

Inmate Grievance / Special Request Form

Date: 05/25/15    Inmate Name: Timothy Baten    Cell # 32/42

Incident/Request Information: I would like to speak to DENNYNE PIERCE Today if possible about my court date coming up on the 26th

_____ Inmate Signature

********************************************************************

STAFF USE ONLY

Date Received: 5-25-15    Received By: Rusty Miley

Action Required: _____

Action Authorized by: B Branson    Date: 05-05-15

Additional Remarks: This is a Holiday (Memorial Day) the office is closed today. Will advise when he is available.

Copy Inmate

## STONE COUNTY DETENTION CENTER

Inmate Grievance / Special Request Form

Date: 05/21/15   Inmate Name: Tim Bowden   Cell # 42

Incident/Request
Information: I would like to speak to WAYNE PIERCE or LANCE BONDS about my case I have court in a few days and would like to speak to one of them before I go to court. Thank you.

Inmate Signature

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STAFF USE ONLY

Date Received: 05/22/15   Received By: K. Branson

Action Required: 

Action Authorized by: B Branson   Date: 05-22-15

Additional Remarks: Will let Sheriff Bonds & Chief Deputy Dewayne Pierce know you request to speak to one of them. When they are available.