**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**TIMOTHY RYAN BOOHER**                                                    **PLAINTIFF**

**V.**                                    **Case No. 4:15-cv-00328-KGB**

**J. DOSS, et al.**                                                        **DEFENDANTS**

**<u>JUDGMENT</u>**

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that

plaintiff Timothy Ryan Booher's complaint is dismissed without prejudice.  The relief sought is

denied.  Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g),

and the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken

from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

SO ADJUDGED this 29th day of July, 2015.

_____
Kristine G. Baker
United States District Judge